# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2024

## NO. 03-23-00810-CV

**R. V., Jr., Appellant**

**v.**

**S. V., Appellee**

### APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELY

This is an appeal from the order terminating parental rights signed by the trial court on November 1, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's termination order. Because appellant is indigent and unable to pay costs, no adjudicated of costs is made.